

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2014

No. 04-14-00502-CV

**IN RE STALLION OILFIELD SERVICES, LTD.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

On August 7, 2014, real party in interest Joe Perez filed a motion for extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real party in interest is now due by September 8, 2014. FURTHER EXTENSIONS OF TIME TO FILE A RESPONSE WILL BE DISFAVORED AND GRANTED ONLY IN EXTRAORDINARY CIRCUMSTANCES.

It is so **ORDERED** on August 8th, 2014.          PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 13-11-52737-CV, styled *Jose Perez v. Stallion Oilfield Services Ltd. and Stallion Oilfield Services in its Common or Assumed Name*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.